UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FARAH JOSEPH,

        Plaintiff,

v.                                      Case No. 6:25-cv-00945-PGB-DCI

AMAZON.COM SERVICES LLC,

        Defendant.
_____/

## NOTICE OF RESOLUTION

Pursuant to Local Rule 3.09, Plaintiff, FARAH JOSEPH, by and through undersigned counsel, hereby notifies the Court that the above-styled action against Defendant, AMAZON.COM SERVICES LLC has been resolved. Plaintiff anticipates filing a notice of voluntary dismissal with prejudice within the next thirty (30) calendar days.

Dated: July 25, 2025

                                                By: /s/ *Frank M. Malatesta*
                                                     Frank M. Malatesta
                                                     Fla. Bar No.: 0097080
                                                   MALATESTA LAW OFFICE
                                                   871 Venetia Bay Blvd., Suite 235
                                                   Venice, FL 34285
                                                   Tel: 941-256-3812
                                                   Fax: 888-501-3865
                                                   frank@malatestalawoffice.com
                                                   staff@malatestalawoffice.com
                                                   *Counsel for Plaintiff*