UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FARAH JOSEPH,

    Plaintiff,

v.                                                                              CASE NO.: 6:25-cv-00945-PGB-DCI

AMAZON.COM SERVICES LLC,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL *WITH PREJUDICE*

    Plaintiff, FARAH JOSEPH, and Defendant, AMAZON.COM SERVICES LLC, by and through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the voluntary dismissal of this action—*with prejudice*—with each party to bear their own attorneys' fees, litigation expenses and costs.

    This matter has been fully resolved between the parties.

    Dated: August 8, 2025

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ Frank M. Malatesta* | */s/ Christian A. Zazzali* |
| **Frank M. Malatesta, Esq.** | **Christian A. Zazally, Esq.** |
| Florida Bar No. 0097080 | Pro Hac Vice |
| MALATESTA LAW OFFICE | **August W. Heckman III, Esq.** |
| 871 Venetia Bay Blvd., Suite 235 | Pro Hac Vice |
| Venice, FL 34285 | MORGAN, LEWIS & BOCKIUS LLP |
| frank@malatestalawoffice.com | 502 Carnegie Center |
| staff@malatestalawoffice.com | Princeton, NJ 08540 |

*Attorney for Plaintiff*

august.heckman@morganlewis.com
christian.zazzali@morganlewis.com
*Attorneys for Defendant*

Dated: August 8, 2025

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ Frank M. Malatesta* | */s/Christian A. Zazzali* |
| **Frank M. Malatesta, Esq.** | **Christian A. Zazally, Esq.** |
| Florida Bar No. 0097080 | Pro Hac Vice |
| MALATESTA LAW OFFICE | **August W. Heckman III, Esq.** |
| 871 Venetia Bay Blvd., Suite 235 | Pro Hac Vice |
| Venice, FL 34285 | MORGAN, LEWIS & BOCKIUS LLP |
| frank@malatestalawoffice.com | 502 Carnegie Center |
| staff@malatestalawoffice.com | Princeton, NJ 08540 |
| *Attorney for Plaintiff* | august.heckman@morganlewis.com |
| | christian.zazzali@morganlewis.com |
| | *Attorneys for Defendant* |